

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Amando Villarreal Heredia

**Plaintiff,**

V.

Lawrence; C. Burns; J Williams; Edith R. Lederman

**Defendant.**

Civil Action No.   17cv1560-LAB-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice.

Date:   3/25/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor

J. Taylor, Deputy